# Drummond & Squillace, PLLC

Attorneys at Law
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050 /F: (718) 298-5554
www.dswinlaw.com

Stephen L. Drummond*
JoAnn Squillace**

*Admitted NY, NJ, FL
**Admitted NY, NJ

September 24, 2015

United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Attention:   The Honorable United States District Judge Joanna Seybert

Re:   Joshua Lewis
      Docket No.: 14-cr-00147-JS

Dear Judge Seybert,

I trust all is well with Your Honor.

There is absolutely no excuse for my incorrect reference to this Honorable Court as a Magistrate. I am deeply mindful that this Court's journey to attain and earn the title of a United States District Judge is an exceptional journey, a true measure of success and one that required demonstrated commitment and personal sacrifices. For the undersigned, as an Officer of this Honorable Court, to have addressed this Court by the improper title is absolutely improper, but please accept that it was not intentional or deliberate. It was unfortunately a clerical error that the undersigned failed to recognize while signing the letter.

I take full responsibility for this error. I humbly, respectfully and sincerely apologize to this Honorable Court. Please accept my most sincere apology.

Respectfully submitted,

STEPHEN L DRUMMOND
SLD/sld