# Drummond & Squillace, PLLC

Attorneys at Law
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
(718) 298-5050 /F: (718) 298-5554
www.dswinlaw.com

Stephen L. Drummond*
JoAnn Squillace**

*Admitted NY, NJ, FL
**Admitted NY, NJ

October 13, 2015

United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Attention: U.S. District Court Judge Joanna Seybert

Re:  Joshua Lewis
     Docket No.: 14-cr-00147-JS

Dear Judge Seybert;

I trust all is well with Your Honor.

On behalf of Joshua Lewis, we respectfully submit this application seeking permission for Mr. Lewis to visit his infant daughter born September 26, 2015 to mother/fiancé Chalaine Ferguson, at her place of residence - 25 Foster Place, Hempstead, NY 11550. As such Mr. Lewis would like the following visitation schedule: Monday to Thursday five o'clock pm to eleven o'clock pm (5pm to 11pm), Friday one o'clock pm to seven o'clock pm (1pm to 7pm), Saturday five o'clock pm to eleven o'clock pm (5pm to 11pm) and Sunday one o'clock to seven o'clock pm, which would include travel to and from home with Mr. Lewis's curfew being 11 o'clock p.m. A copy of his fiancés supporting document is attached.

Thank You for Your Honor's attention and understanding herein.

Respectfully submitted,

NATACHA MENZIES
Paralegal
NM/nm
Enclosure

cc: U.S. Pretrial Services Location Monitoring Unit